**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:   (619) 234-8467
Facsimile:   (619) 687-2666
Email:          David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. 08MJ2530 |
|                                     ) | |
| Plaintiff,                          ) | |
|                                     ) | |
| v.                                  ) | **NOTICE OF APPEARANCE** |
|                                     ) | **AS LEAD COUNSEL** |
| PABLO PEDRO SANCHEZ-MARTINEZ,       ) | |
|                                     ) | |
| Defendant.                          ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 25, 2008                          */s/ DAVID M. C. PETERSON*
                                                DAVID M.C. PETERSON
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
                                                David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 25, 2008                  /s/ DAVID M. C. PETERSON
                                        DAVID M.C. PETERSON
                                        Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
                                        San Diego, CA  92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        David_Peterson@fd.org (email)